AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Walter, John F | 2. Court or Organization  U.S. District Court, CD-CA | 3. Date of Report  05/19/2008 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | **5a. Report Type** (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  **5b.** ☐ Amended Report | **6. Reporting Period**  01/01/2007 to 12/31/2007 |
| **7. Chambers or Office Address**  U.S. District Court 312 N. Spring St. Los Angeles, CA 90012 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 22 P 1:21
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, John F | 05/19/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, John F | 05/19/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Fredricks Fund I | B | Distribution | J | U | | | | | |
| 2.   Fredricks Fund II | D | Distribution | K | U | | | | | |
| 3.   Fredricks Fund IV | E | Distribution | K | U | | | | | |
| 4.   Shares of AT & T, Inc. New | A | Dividend | K | T | | | | | |
| 5.   Shares of Bell South | A | Dividend | J | T | Merged with AT & T, Inc. New | 1/3 | K | C | |
| 6.   Alcatel Lucent | A | Dividend | J | T | | | | | |
| 7.   Shares of Qwest Communications, Intl., Inc. | A | Dividend | J | T | | | | | |
| 8.   Shares of VodaFone Group | A | Dividend | J | T | | | | | |
| 9.   Charles Schwab Money Market | C | Interest | N | T | | | | | |
| 10.  Vanguard Money Market | E | Interest | O | T | | | | | |
| 11.  Vanguard GNMA Fund | D | Interest | M | T | | | | | |
| 12.  Vanguard Cal Insured Fund | D | Interest | N | T | | | | | |
| 13.  Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 14.  Vanguard Intl. Growth Fund | B | Dividend | J | T | | | | | |
| 15.  Vanguard Total Stock Market Fund | A | Dividend | J | T | | | | | |
| 16.  Vanguard High Yield Corp. Fund | D | Dividend | M | T | | | | | |
| 17.  Janus Olympus Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, John F | 05/19/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (●-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Schwab 1000 Fund | A | Dividend | K | T | | | | | |
| 19. IRA - Charles Schwab - Nasdaq 100 Trust | A | Dividend | J | T | | | | | |
| 20. IRA Charles Schwab - Schwab 1000 Fund | A | Dividend | J | T | | | | | |
| 21. IRA - Charles Schwab - Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 22. IRA - Charles Schwab - NASDAQ 100 | A | Interest | J | T | | | | | |
| 23. IRA - Charles Schwab - Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 24. IRA - Charles Schwab - SPDR Trust Unit SRI | A | Dividend | J | T | | | | | |
| 25. Vanguard Rollover IRA - Prime Money Market Fund | E | Interest | P1 | T | | | | | |
| 26. Vanguard Rollover IRA - High Yield Corp. Fund | D | Dividend | M | T | | | | | |
| 27. Vanguard Rollover IRA - GNMA | D | Dividend | M | T | | | | | |
| 28. Northern Trust Bank | A | Interest | K | T | | | | | |
| 29. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 30. Baron Small Cap | B | Dividend | J | T | | | | | |
| 31. Villa Camarillo, Ltd. | B | Distribution | J | T | | | | | |
| 32. Villa Camarillo 168 Ltd. | C | Distribution | J | T | | | | | |
| 33. AGERE Systems | A | Dividend | J | T | Merged with LSI Logic, Corp. | 4/3 | J | A | |
| 34. LSI Logic Corp. | A | Dividend | J | T | Acquired by merger with Agere Systems | 4/3 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15.001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 ● =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, John F | 05/19/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Comcast Corp. | A | Dividend | J | T | | | | | |
| 36. I Bond | A | Interest | K | T | | | | | |
| 37. I Bond | A | Interest | K | T | | | | | |
| 38. Franklin Flex Cap Growth | A | Dividend | J | T | Sale | 1/9 | K | C | |
| 39. Rydex ●TC - Inv. | A | Dividend | K | T | | | | | |
| 40. Vanguard Total Stock Market Admiral Shares | A | Dividend | K | T | | | | | |
| 41. Muhlenkamp Fund | A | Dividend | K | T | Sale | 1/9 | K | C | |
| 42. Black Rock Municipal Fund Cash Reserve Shares | A | Interest | J | T | | | | | |
| 43. Legg Mason Value Fund I | A | Dividend | K | T | Sale | 1/9 | L | D | |
| 44. Julius Baer Intl 2A | A | Dividend | J | T | | | | | |
| 45. Templeton Foreign A | A | Dividend | J | T | Sale | 1/9 | J | B | |
| 46. Delaware American Services Fund | B | Dividend | K | | Buy | 1/9 | K | | |
| 47. Fairholme Fund | B | Dividend | K | | Buy | 1/9 | K | | |
| 48. Gabelli Asset CL AAA | B | Dividend | K | | Buy | 1/9 | K | | |
| 49. Dow Jones Wilshire 5000 Index Fund | B | Dividend | K | | Buy | 1/9 | K | | |
| 50. Dodge & Cox International Stock Fund | C | | J | | Buy | 1/9 | K | | |
| 51. TSP G Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and ●4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, John F | 05/19/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TSP C Fund | A | Dividend | L | T | | | | | |
| 53. TSP S Fund | A | Dividend | J | T | | | | | |
| 54. TSP I Fund | A | Dividend | J | T | | | | | |
| 55. Janus Orion Fund | A | Dividend | J | T | | | | | |
| 56. T Bill | A | Interest | K | T | Redemption | 2/22 | K | A | |
| 57. T-Bill | A | Interest | K | T | Buy | 2/22 | K | A | |
| 58. T-Bill | A | Interest | K | T | Redemption | 8/23 | K | A | |
| 59. T-Bill | A | Interest | K | T | Buy | 8/23 | K | A | |
| 60. T Bill | A | Interest | K | T | Redemption | 6/28 | K | A | |
| 61. T-Bill | A | Interest | K | T | Buy | 6/28 | K | A | |
| 62. T-Bill | A | Interest | K | T | Redemption | 12/27 | K | A | |
| 63. T-Bill | A | Interest | K | T | Buy | 12/27 | K | A | |
| 64. IRA Charles Schwab SPDR Trust Unit SR1 | A | Dividend | K | T | Buy | 11/16 | K | | |
| 65. IRA Charles Schwab SPDR Trust Unit SR1 | A | Dividend | K | T | Buy | 11/16 | K | | |
| 66. IRA Chares Schwab SPDR Trust Unit SR1 | A | Dividend | K | T | Buy | 11.23 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, John F | 05/19/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILF[...] [...]BJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544